# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| SUNEETA RAI, *et al.*, | : | Case No. 3:19-cv-00380 |
| Plaintiffs, | : | |
| vs. | : | Magistrate Judge Caroline H. Gentry |
| SECRETARY OF VETERANS AFFAIRS, | : | |
| Defendant. | : | |

# ORDER

This matter came before the Court for a Telephone Conference on January 9, 2023. The parties orally requested to extend the discovery and dispositive motion deadlines. For good cause shown, the request is **GRANTED**, and this matter shall proceed as follows:

| | |
|---|---|
| Discovery Deadline | April 28, 2023 |
| Telephone Status Conference | May 2, 2023 at 10:00 a.m. |
| Dispositive Motion Deadline | May 31, 2023 |

Additionally, the Final Pretrial Conference set for February 27, 2023 at 10:00 a.m. and the Bench Trial set for March 13, 2023 at 9:00 a.m. are hereby **VACATED**.

**IT IS SO ORDERED**.

*s/Caroline H. Gentry*
Caroline H. Gentry
United States Magistrate Judge