**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION (DAYTON)**

| | | |
|---|---|---|
| SUNEETA RAI, *et al.*, | : | Case No. 3:19-cv-00380 |
| | : | |
| Plaintiffs, | : | Magistrate Judge Caroline H. Gentry |
| | : | (by full consent of the parties) |
| vs. | : | |
| | : | |
| SECRETARY OF THE DEPARTMENT | : | |
| OF VETERANS AFFAIRS, | : | |
| | : | |
| Defendant. | : | |

## ORDER CONDITIONALLY DISMISSING THIS CASE

The Court, having been advised that the parties have settled this matter, **ORDERS** that this action is hereby **DISMISSED**, provided that either party may, upon good cause shown within forty-five (45) days, reopen the action if settlement is not consummated.

**IT IS SO ORDERED**.

 *s/ Caroline H. Gentry*
Hon. Caroline H. Gentry
United States Magistrate Judge